VANE, Appellant, v. FLAHERTY et al., Respondents. (Supreme Court, Appellate Division, First Department. November 8, 1912.) Action by James G. Vane against William H. Flaherty and another. H. F. Stone, of New York City, for appellant. J. H. Beall, of New York City, for respondents. No opinion. Judg-

ent and order affirmed, with costs. Order ed.